# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL ACTION NO. 93-223-CB** |
| **SIDNEY EARL JOHNSON, JR.** | |

### ORDER

Defendant has filed a Motion (doc. 59) to Reduce Sentence in which he asserts that 18 U.S.C. §3582 authorizes this court to amend his sentence more than ten years after it was imposed on the basis of intervening case law. Defendant argues that §3582(c)(2) applies to his challenge based on the Supreme Court's *Booker* decision, despite its clear language limiting its application to certain subsequent changes to the Sentencing Guidelines made "by the Sentencing Commission pursuant to 28 U.S. C. 994(o)." The government's response, which was erroneously styled a Motion to Dismiss defendant's motion, challenges the court's jurisdiction to amend the sentence.

The court finds no jurisdictional basis arising from that section upon which to amend defendant's sentence. While the *Booker* decision certainly changed the application of the Guidelines, it did not change a specific provision of the Guidelines, did not affect the calculation of a sentencing range, and was not enacted by the Commission. Defendant cannot avail himself of that provision.

Accordingly, it is hereby **ORDERED** that defendant's Motion for Reduction of Sentence is **DENIED**.

**DONE** this the 13th day of July, 2005.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**